JORGE RAMIREZ, ESQ.
Nevada Bar No. 6266
CHRISTOPHER D. PHIPPS, ESQ.
Nevada Bar No. 3788
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
Jorge.Ramirez@wilsonelser.com
Christopher.Phipps@wilsonelser.com
Attorneys for Defendant Costco Wholesale Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST REEL, <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, <br><br> Defendants. | Case No. 2:18-cv-00422-KJD-CWH <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff EARNEST REEL, by and through his attorneys of record, Bruce D. Tingey, Esq., Justin Dewey, Esq., of TINGEY LAW FIRM, and Kyle A. Stucki, Esq., of STUCKI INJURY LAW, and Defendant COSTCO WHOLESALE CORPORATION ("Costco"), by and through its counsel of record, Jorge Ramirez, Esq., and Christopher Phipps, Esq., of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, herby agree and stipulate to dismiss the above-

. . .

. . .

. . .

1409178v.1

entitled case in its entirety, with prejudice. Each party shall bear its own fees and costs.

DATED this 28th day of January, 2019.          DATED this 7th day of January, 2019.

WILSON ELSER MOSKOWITZ                          TINGEY & TINGEY
EDELMAN & DICKER LLP

_/s/ #3788_                                     For: _/s/ #11430_
JORGE RAMIREZ, ESQ.                             BRUCE D. TINGEY, ESQ.
Nevada Bar No. 6266                             Nevada Bar No. 5151
CHRISTOPHER D. PHIPPS, ESQ.                     JUSTIN DEWEY, ESQ.
Nevada Bar No. 3788                             Nevada Bar No. 14508
300 South Fourth Street, 11th Floor             2001 W. Charleston Blvd.
Las Vegas, Nevada 89101-6014                    Las Vegas, Nevada 89102
Attorneys for Costco Wholesale Corporation

                                                KYLE A. STUCKI, ESQ.
                                                Nevada Bar No. 12646
                                                STUCKI INJURY LAW
                                                1980 Festival Plaza Dr., #300
                                                Las Vegas, Nevada 89135

                                                *Attorneys for Plaintiff*

### ORDER

IT IS SO ORDERED that pursuant to the stipulation, the above-entitled case is dismissed with prejudice. Each party to bear their own fees and costs.

DATED this 28th day of January 2019.

_/s/_
**DISTRICT COURT JUDGE**

Respectfully Submitted By:

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

BY: _/s/ #3788_
JORGE RAMIREZ, ESQ.
Nevada Bar No. 6266
CHRISTOPHER D. PHIPPS, ESQ.
Nevada Bar No. 3788
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Attorneys for Costco Wholesale Corporation

-2-

1409178v.1